UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, on behalf of himself and all others similarly situated,

                Plaintiffs,

-v-

MODERN MARKETING CONCEPTS, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 6421 (JPO) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Defendant Modern Marketing Concepts, Inc. on August 26, 2020, with Defendant's Answer due on September 16, 2020.  (ECF No. 6).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, November 2, 2020.**

Dated:    New York, New York
           October 19, 2020

                                      SO ORDERED

                                      _/s/ Sarah L. Cave_
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**